Joseph Guy Maiorano, Esq. CSB# 113876
EMERALD PLAZA
402 West Broadway, 27th Floor
San Diego, CA 92101
(619) 230-1612 fax: (619) 230-1839

Attorney for Plaintiff & Cross-Defendant;
DAMON ABNOS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ABNOS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LEE HEJMANOWSKI, an individual; SELTZER CAPLAN McMAHON VITEK, a Law Corporation, and DOES 1 to 10,<br><br>Defendants. | CASE # 08cv0058 DMS WMc<br><br>REQUEST FOR DISMISSAL OF PETITION TO VACATE ARBITRATION AWARD |

1  Plaintiff DAMON ABNOS, by and through his attorney of record, submits this request that the
2  Court dismiss all defendants and this entire action with prejudice.

DATED: May 27, 2008            THE LAW OFFICES OF JOSEPH G. MAIORANO

By: /s/ Joseph G. Maiorano
Joseph G. Maiorano
Attorney for Damon Abnos