*Abnos v. Hejmanowski, et al.*
US District Court, Southern Division
Case No. 08CV0058 DMS WMc

# PROOF OF SERVICE

At the time of service I was at least 18 years of age and not a party to this action. I served the following:

**REQUEST FOR DISMISSAL OF PETITION TO VACATE ARBITRATION AWARD**

___ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

_X_ by placing the documents listed above in a sealed envelope with postage fully prepaid, in the United States mail at 402 W. Broadway, 27th Floor, San Diego, California addressed as set forth below.

___ by personally delivering the documents(s) listed above to the person(s) at the address(es) set forth below on _____, 2007

Christopher Ludmer
SELTZER CAPLAN
2100 Symphony Towers
750 B Street
San Diego, CA 92101
Fax: 619-685-3100

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on May 28, 2008, at San Diego, California

*/s/ Anne Donovan*
Anne Donovan

---

LAW OFFICES OF JOSEPH G. MAIORANO
The Emerald Plaza
402 West Broadway, 27th Floor
San Diego, California 92101

1

PROOF OF SERVICE